

**SIGNED THIS 14th day of April, 2025**

*Rebecca B. Connelly*
Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

| In re:  Christopher Baker | CASE NO.   25-60137 |
|---|---|
| Debtor(s) | CHAPTER   13 |

### ORDER DISMISSING CASE WITH RESTRICTIONS

Upon notice and hearing to consider whether to dismiss this case and impose conditions and for cause shown, it is

O R D E R E D

that this case and all related <u>pending</u> motions and adversary proceedings arising therein, unless on appeal, are hereby **DISMISSED.  Pursuant to 11 U.S.C. § 349, it is further**

O R D E R E D

that **Christopher Baker is hereby prohibited from filing a new petition in this Court under any Chapter for a period of 180 days from the date of this Order**.  It is further

O R D E R E D

that upon the trustee filing a final report herein, the same shall be deemed approved without further order.  The trustee's bond shall be released and the trustee discharged from further liability herein unless proper objection is made to said final report within thirty (30) days after filing of same or such extended time as may be granted upon proper application made within said thirty (30) day period.

Service of a copy of this Order shall be to the debtor by mail at 1246 Lyons Hollow, Schuyler, VA 22969 and by email at crbaker004@gmail.com trustee U.S. Trustee, and all parties on the current mailing matrix.

***END OF ORDER***

1

VAN03